# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2017

153742 (25)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

RALPH STEGALL,
    Defendant-Appellant.

_____/

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 153742
COA: 329479
Wayne CC:   08-008387-FC;
            08-012105-FC

On order of the Court, the motion for reconsideration of this Court's December 28, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2017



Clerk

t0327